RECEIVED
BY MAIL
MAR 27 2006
CLERK, US DIST. COURT
ST. PAUL, MN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

ALVIN R. BURNS,

Plaintiff,

v.

SOO LINE RAILROAD COMPANY,

Defendant.

Civil Action, File No.: 02-414 DSD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 3/13, 2006.

SIEBEN, POLK, LAVERDIERE & DUSICH, P.A.

By____________________
Michael S. Polk, Esq. (#87397)
999 Westview Drive
Hastings, MN 55033
(651-437-3148)

Willard J. Moody, Jr., Esq.
Moody, Strople, Kloeppel, Basilone
and Higginbotham, Inc.
500 Crawford Street
Commerce Bank Building
P.O. Box 1138
Portsmouth, VA 23705

SCANNED
MAR 28 2006
U.S. DISTRICT COURT MPLS

H. Seward Lawlor, Esq.
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
*Attorneys for Plaintiff*

Dated: 2/1, 2006.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 3/20/2006

BY THE COURT

______________________
JAMES T. GILES
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

J.

s:\burns, alvin\pleadings\stip dis.doc\tw